## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. John Dawood Dalaly | | | Mag. Judge: Phillip J. Green |
|---|---|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:23-cr-00040-JMB-2 | 4/21/2023 | 11:01 - 11:52 AM | Grand Rapids | |

**APPEARANCES:**

| Government: Christopher O'Connor & Richard Stiffler | Defendant: Raymond A. Cassar | Counsel Designation: Retained |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Information | Read __<br>Reading Waived ✓ |

**TYPE OF HEARING**
- ✓ First Appearance
- ✓ Arraignment:
  - __ mute   __ nolo contendre
  - __ not guilty   __ guilty
- __ Initial Pretrial Conference
- __ Detention   (waived __)
- __ Preliminary   (waived __)
- __ Rule 5 Proceeding
- __ Revocation/SRV/PV
- __ Bond Violation
- ✓ Change of Plea
- __ Sentencing
- __ Other: _____

**DOCUMENTS**
- ✓ Defendant's Rights
- ✓ Waiver of Indictment
- ✓ Consent to Mag. Judge for Plea
- __ Other: _____

Court to Issue:
- ✓ Report & Recommendation
- __ Order of Detention
- __ Order to file IPTC Statements
- __ Bindover Order
- __ Order Appointing Counsel
- ✓ Other: Rule 5F Order

**CHANGE OF PLEA**

Guilty Plea to Count(s) 2 of the Information

Count(s) to be dismissed at sentencing: _____

Presentence Report:
- ✓ Ordered   __ Waived
- __ Plea Accepted by the Court
- __ No Written Plea Agreement

**EXPEDITED RESOLUTION**
- __ Case appears appropriate for expedited resolution

**ADDITIONAL INFORMATION**

**SENTENCING**

Imprisonment: _____
Probation: _____
Supervised Release: _____
Fine: $ _____
Restitution: $ _____
Special Assessment: $ _____
Plea Agreement Accepted:   __Yes   __No
Defendant informed of right to appeal:   __Yes   __No
Counsel informed of obligation to file appeal:   __Yes   __No

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Released on Bond | $ 25,000.00   Unsecured |
| **CASE TO BE:** Referred to District Judge | **TYPE OF HEARING:** Sentencing |
| **Reporter/Recorder:** Digitally Recorded | **Courtroom Deputy:** A. Doezema |