UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

U<span>NITED</span> S<span>TATES OF</span> A<span>MERICA</span>,

    Plaintiff,

v.

J<span>OHN D</span><span>AWOOD</span> D<span>ALALY</span>,

    Defendant.
_____/

Hon. Jane M. Beckering

Case No. 1:23-cr-00040-2

## **REPORT AND RECOMMENDATION**

Pursuant to W.D. M<span>ICH</span>. L.C<span>R</span>.R. 11.1, I conducted a plea hearing in the captioned case on April 21, 2023, after receiving the written consent of defendant and all counsel. At the hearing, defendant John Dawood Dalaly, entered a plea of guilty to Count 2 of the Information in exchange for the undertakings made by the government in the written plea agreement. In Count 2 of the Information, defendant is charged with payment of a bribe, in violation of 18 U.S.C. §§ 666(a)(2) and 2.

On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made voluntarily and free from any force, threats, or promises, apart from the promises in the plea agreement; that the defendant understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

Accordingly, I recommend that defendant's plea of guilty to Count 2 of the Information be accepted, that the court adjudicate defendant guilty, and that the written plea agreement be considered for acceptance at the time of sentencing. Acceptance of the plea, adjudication of guilt, acceptance of the plea agreement, and imposition of sentence are specifically reserved for the district judge.

Date: April 21, 2023         /s/ Phillip J. Green
                            PHILLIP J. GREEN
                            United States Magistrate Judge

## NOTICE TO PARTIES

You have the right to de novo review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after service of this report and recommendation. See W.D. MICH. L.CR.R. 11.1(d).