UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

---

UNITED STATES OF AMERICA,

          Plaintiff,                        No. 1:23-cr-40

vs.                                           Hon. Jane M. Beckering

JOHN DAWOOD DALALY,

          Defendant.

---

**MOTION TO MODIFY TERM OF IMPRISONMENT**

---

      John Dalaly requests the Court to modify the term of imprisonment imposed under 18 U.S.C. § 3582(c)(1)(A) due to a serious medical condition developed in prison. He supports his request with the accompanying brief.

                                    Respectfully Submitted,

Dated: June 7, 2024                    <u>s/ Britt M. Cobb</u>
                                               Britt M. Cobb (P69556)
                                               WILLEY & CHAMBERLAIN LLP
                                             300 Ottawa Avenue, N.W., Suite 810
                                             Grand Rapids, Michigan 49503
                                             (616) 458-2212
                                             bmc@willeychamberlain.com