UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN DAWOOD DALALY,

    Defendant.

No. 1:23-CR-40

Hon. Jane M. Beckering

## DEFENDANT'S MOTION FOR LEAVE TO RESTRICT ACCESS

John Dalaly moves pursuant to Local Criminal Rule 32.2(g) to file Exhibit M of the reply to the government's response to defendant's motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) under restricted access because it contains sensitive and confidential information.

Respectfully Submitted,

Date: June 27, 2024

WILLEY & CHAMBERLAIN LLP
Attorneys for Defendant

s/ Britt M. Cobb
_____
Britt M. Cobb (P69556)

300 Ottawa Avenue, N.W., Suite 810
Grand Rapids, Michigan 49503
(616) 458-2212
bmc@willeychamberlain.com